NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000045**
**04-APR-2025**
**08:51 AM**
**Dkt. 83 ODMR**

NO. CAAP-24-0000045

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CELESTE M. GONSALVES, Plaintiff-Appellant, v.
NAVIAN HAWAII - CHRISTY EDMONDS,
as Director of Clinical Operations, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DRC-23-0001666)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of self-represented Plaintiff-Appellant Celeste M. Gonsalves' March 5, 2025 "Motion to Set Aside Stipulated Order on January 6, 2025 Per HRCP Rule 60(b)(3)," which the court construes as a second motion for reconsideration of the Order Approving Stipulation to Dismiss Appeal (**March 5, 2025 Motion**), and March 14, 2025 "Motion to Reply to Defendant-Appellee's Opposition Filed on March 12, 2025" (**March 14, 2025 Motion**), the papers in support and in opposition, and the record, IT IS HEREBY ORDERED that the March 5, 2025 Motion is denied as unauthorized. Hawaiʻi Rules of Appellate Procedure Rule 40(e).

IT IS FURTHER ORDERED that the March 14, 2025 Motion is denied.

DATED: Honolulu, Hawaiʻi, April 4, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge